IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2022 NOV 17 PM 4: 05

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN LUCAS HEIBECK,<br><br>Defendant. | No. 22-CR-144-SWS<br><br>Ct 1: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)<br>(Distribution of Child Pornography)<br><br>Ct 2: 18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>(Possession of Child Pornography)<br><br>**FORFEITURE NOTICE** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about July 14, 2022, through and including on or about August 14, 2022, in the District of Wyoming, the Defendant, **NATHAN LUCAS HEIBECK**, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

### COUNT TWO

On or about August 18, 2022, in the District of Wyoming, the Defendant, **NATHAN LUCAS HEIBECK**, did knowingly possess material that contains images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which involve prepubescent minors, and which had been shipped and transported using means and facilities of interstate commerce, namely, the Internet and cellular telephone networks, and which were produced using

materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, namely a Samsung Galaxy J3 cellular telephone, S/N R28J63BCL0T, a product of Germany, and a Samsung Model N975U cellular telephone, IMEI: 359619103111237, a product of Finland.

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253. As authorized by 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, the Defendant, **NATHAN LUCAS HEIBECK**, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A; and any personal property used or intended to be used to commit and to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

- Samsung Galaxy J3, S/N: R28J63BCL0T
- Samsung Model N975U, IMEI: 359619103111237

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

NICHOLAS VASSALLO
Acting United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** NATHAN LUCAS HEIBECK

**DATE:** November 15, 2022

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

**Ct: 1** **18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)**
(Distribution of Child Pornography)

5-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $35,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

**Ct: 2** **18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession of Child Pornography)

0-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

1

| | |
|---|---|
| **TOTALS:** | 5-40 Years Imprisonment<br>Up To $500,000 Fine<br>5 Years To Life Supervised Release<br>$200 Special Assessment<br>$10,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015<br>Up To $52,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018 |
| **AGENT:** | Gary Seder, DCI |
| **AUSA:** | Z. Seth Griswold, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | Up to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No. |